EDJOY REALTY, INC., Respondent, v. JOHN MULLANE and JOHN MULLANE, JR., as Administrators, etc., of PATRICK J. MULLANE, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LEWIS HISTORICAL PUBLISHING Co., INC., Respondent, v. JAMES O. SEBRING, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of TILLIE GREEN, as Administratrix, etc., of LOUISA STEUERWALT, Also Known as LOUISA STEUERWALD, Deceased. In the Matter of the Application for a Compulsory Accounting in the Estate of LOUISA STEUERWALT, Also Known as LOUISA STEUERWALD, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JEANETTE FEINKNOPF and Another, Respondents, v. JACOB STOKAR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

72ND STREET & THIRD AVENUE Co., INC., Respondent, v. MATILDA JACOBS, Individually and as Executrix, etc., of EDWARD JACOBS, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORDECAI BENGUIAT and Another, Appellants, v. THE GOTHAM NATIONAL BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH G. BLUM and Others, Respondents, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRIS TEITEL, Respondent, v. JOSEPH ROSEN, Appellant, Impleaded with Another.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GEORGE MALICKI, Appellant, v. ANTONIA MALICKI, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.